| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br><br>Richard A. Clark, Esq. - CA Bar No. 39558<br>Steven Platt, Esq. - CA Bar No. 245510<br>Parker, Milliken, Clark, O'Hara & Samuelian, a P.C.<br>555 S. Flower Street, 30th Floor<br>Los Angeles, CA 90071<br>(213) 683-6599; (213) 683-6660 fax | |

ATTORNEY(S) FOR: Attorney for defendant Monsanto Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Teri Michelle McCall, individually, and as successor in interest for Anthony Jackson McCall<br>Plaintiff(s),<br>v.<br>Monsanto Company<br>Defendant(s) | CASE NUMBER:<br>C.V. NO.: 2:16-cv-01609-SJO-SS<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _defendant Monsanto Company_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Monsanto Company | Defendant |
| Teri Michelle McCall | Plaintiff |

| | |
|---|---|
| 3/14/2016 | /s/ Richard A. Clark |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Monsanto Company