# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Teri Michelle McCall | CASE NUMBER |
|---|---|
| v.  PLAINTIFF(S) | 2:16-cv-01609 SJO(SSx) |
| Monsanto Company et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_3/11/16_
Date

Dolly M. Gee  _Dolly M. Gee_
United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                                   _____
Date                                           United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   _2:15-cv-07426 DMG(Ex)_   and the present case:

- [ ] A.  Arise from the same or closely related transactions, happenings or events; or
- [x] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Segal_ to Magistrate Judge _Eick_.

On all documents subsequently filed in this case, please substitute the initials _DMG(Ex)_ after the case number in place of the initials of the prior judge, so that the case number will read _2:16-cv-01609 DMG(Ex)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] *Previous Judge*    [ ] *Statistics Clerk*

CV-34 (06/14)   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (Related Cases)