UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 16-01609-DMG (Ex)** | Date | March 15, 2016 |
|---|---|---|---|
| Title | *Teri Michelle McCall vs Monsanto Company* | | |

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS-TRANSFER OF CASE TO JUDGE GEE

Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to the Order re Transfer Pursuant to General Order 14-03 filed on March 14, 2016.

Please take notice that the new Magistrate Judge is Judge Charles F. Eick.

Please substitute the initials DMG in place of the current initials, so that the case number will now read CV16-01609-DMG (Ex).  As documents are routed using the judge's initials, it is imperative that the correct initials DMG be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Kane Tien.  He can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 2nd floor of the Spring Street Courthouse, Courtroom #7.

Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourts.gov.