| | |
|---|---|
| Michael L. Baum, Esq. (SBN: 119511) <br> mbaum@baumhedlundlaw.com <br> R. Brent Wisner, Esq. (SBN: 276023) <br> rbwisner@baumhedlundlaw.com <br> **BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.** <br> 12100 Wilshire Blvd., Suite 950 <br> Los Angeles, CA 90025 <br> Telephone:  (310) 207-3233 <br> Facsimile:  (310) 820-7444 | Robert F. Kennedy, Jr., Esq. <br> rkennedy@kennedymadonna.com <br> Kevin J. Madonna, Esq. <br> kmadonna@kennedymadonna.com <br> **KENNEDY & MADONNA, LLP** <br> 48 Dewitt Mills Road <br> Hurley, New York 12443 <br> Telephone:  (845) 481-2622 <br> Facsimile:  (845) 230-3111 |

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI MICHELLE MCCALL, individually, and as successor in interest for the estate of ANTHONY JACKSON MCCALL, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> MONSANTO COMPANY, <br><br> Defendant. | Case No.: 2:16-CV-1609-DMG(Ex) <br><br> **NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MONSANTO COMPANY'S MOTION TO DISMISS** <br><br> **Hearing:    July 15, 2016** <br> **Time:       9:30 am** <br> **Location:  Courtroom 7** <br> **Judge:      Hon. Dolly Gee** |

Plaintiff brings to the Court's attention a recent district court order denying a motion to dismiss by the Defendant Monsanto Company in a similar Roundup-cancer case within the Eastern District of California.  The case is *Mendoza v. Monsanto Company*, 1:16-cv-406-DAD-SMS (E.D. Cal.). The *Mendoza* case was originally filed in this Court.  *See Rubio, et al v. Monsanto Company*, 15-cv-7426-DMG-E (C.D. Cal). This Court, however, severed and transferred the Mendoza plaintiff to the Eastern District of California.  *See* Order Re Motion to Transfer; Motion to Dismiss; and Motion to Stay, *Rubio v. Monsanto Company*, 15-cv-7426-DMG-E, Dkt. 63 (Mar. 24, 2016 C.D. Cal).  Shortly after the matter was transferred, Monsanto re-filed its motion to dismiss.  The Honorable Dale A. Drozd recently ruled on that motion. The order is attached.

In *Mendoza*, the court rejected the two primary arguments raised by Monsanto here: whether the Federal Insecticide, Fungicide, and Rodentiscide Act ("FIFRA") preempted state law warning claims and whether comments j and k of Restatement (Second) of Torts § 402A bars design defect claims involving herbicides. *See* Exhibit A, Order Denying Defendant's Motion to Dismiss at p. 2-10, *Mendoza v. Monsanto Company*, 1:16-cv-406-DAD-SMS (July 7, 2016 E.D. Cal.). The court acknowledged the two prior California decisions *Hardeman v. Monsanto Co.*, --- F. Supp. 3d ---, No. 16-CV-00525VC, 2016 WL 1749680, at *1-3 (N.D. Cal. Apr. 8, 2016); *Giglio v. Monsanto Co.*, No. 15CV2279 BTM(NLS), 2016 WL 1722859, at *1-4 (S.D. Cal. Apr. 29, 2016) as being persuasive. *Id.* at 2.

This is the fourth order denying Monsanto's preemption and Restatement (Second) of Torts challenges within the last three months. *See also Hardeman*, 2016 WL 1749680, at *1-3; *Giglio*, 2016 WL 1722859, at *1-4; *Sheppard v. Monsanto Co.*, No. 16-00043 JMS-RLP, 2016 WL 3629074, at *6-11 (D. Haw. June 29, 2016).[1] Although *Mendoza, Hardeman, Giglio, and Sheppard* are not binding on this Court, Plaintiff submits that the orders are persuasive, well reasoned, and provide further support to deny Monsanto's motion to dismiss.

Dated: July 11, 2016

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ R. Brent Wisner
R. Brent Wisner, Esq. (SBN: 276023)
rbwisner@baumhedlundlaw.com
Michael L. Baum, Esq. (SBN: 119511)
mbaum@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Telephone:  (310) 207-3233
Facsimile:  (310) 820-7444

**KENNEDY & MADONNA, LLP**

Robert F. Kennedy, Jr., Esq.
rkennedy@kennedymadonna.com
Kevin J. Madonna, Esq.

---

[1] The *Sheppard* order was previously submitted to this Court as part of a notice of Supplemental Authority, filed June 30, 2016 (Dkt. 42).

kmadonna@kennedymadonna.com
48 Dewitt Mills Road
Hurley, New York 12443
Telephone: (845) 481-2622
Facsimile: (845) 230-3111

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, R. Brent Wisner, hereby certify that, on July 11, 2016, I electronically filed NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                        /s/ R. Brent Wisner
                                              R. Brent Wisner